IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cooksey, Victor D | Case Number: 07 B 15008 |
| | Judge: Squires, John H |
| Printed: 1/29/08 | Filed: 8/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 19, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,168.00 | |
| Secured: | | 1,500.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,496.93 |
| Trustee Fee: | | 171.07 |
| Other Funds: | | 0.00 |
| Totals: | 3,168.00 | 3,168.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 2,403.00 | 1,496.93 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | ACC Consumer Finance | Secured | 0.00 | 0.00 |
| 4. | GEMB | Secured | 1,500.00 | 1,500.00 |
| 5. | America's Servicing Co | Secured | 21,876.76 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 762.61 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 2,991.51 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 1,185.00 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 575.74 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 481.45 | 0.00 |
| 11. | Chrysler Credit | Unsecured | 15,662.84 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 1,967.47 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 731.34 | 0.00 |
| 14. | Cfc Deficiency Recover | Unsecured | | No Claim Filed |
| 15. | Advance Till Payday | Unsecured | | No Claim Filed |
| 16. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 17. | St James Hospital | Unsecured | | No Claim Filed |
| 18. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 19. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| | | | $ 50,137.72 | $ 2,996.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 171.07 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cooksey, Victor D | Case Number:  07 B 15008 |
| | Judge:  Squires, John H |
| Printed:  1/29/08 | Filed:  8/18/07 |


$ 171.07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____